The Honorable Mary Jo Heston
Chapter 7
Hearing: September 28, 2023
Location:1717 Pacific Avenue
Tacoma, WA 98402
Response Date: September 21, 2023

Julie Rho
Sixth Avenue Law Office
4003 Sixth Avenue
Tacoma, WA 98406
Phone: (253) 759-8000

# UNITED STATES BANKRUPTCY COURT
## FOR THE
## WESTERN DISTRICT OF WASHINGTON

| In re: | Case No.: 23-41197 -MJH |
|---|---|
| DAVID-JOHN RIVERA ARCEO<br>YVETTE COLON-ARCEO<br>Debtor. | MOTION TO DISMISS BANKRUPTCY CASE |

MOTION TO DISMISS
PAGE 1

SIXTH AVENUE LAW OFFICE
4003 SIXTH AVENUE
TACOMA, WASHINGTON 98406
(253) 759-8000

TO: CLERK OF THE U.S. BANKRUPTCY COURT
KATHRYN ELLIS, Trustee and
US TRUSTEE

## MOTION TO DISMISS BANKRUPTCY CASE

Debtors David-John Rivera Arceo and Yvette Marie Colon-Arceo by and through their attorney of record Julie Rho, hereby moves the Court pursuant to Rule 1017-1 of the Local Bankruptcy Rules and 11 US Code Section 707, Western District of Washington to dismiss the bankruptcy case. Debtor David Arceo was represented by Attorney Rho for his bankruptcy case filed on November 30, 2015 under case number 15-45566 which was a no asset case, discharged and then closed. Debtor sought to start a new life without debt but incurred debt due in large part to the consequences of the COVID pandemic. Due to a date calculation error by Attorney Rho, this case was filed 4 months prematurely. As such one of the debtors David Arceo is ineligible for a discharge. Debtors respectfully request a discharge and ask that they not be prejudiced by the mistake of their attorney. As such, the Debtors respectfully request a dismissal of this case so that they may re-file on a more appropriate date.

DATED this 23rd day of August 2023 in Tacoma, Washington.

*(signature)*

Julie Rho, WSBA #36771
Sixth Avenue Law Office
4003 Sixth Avenue
Tacoma, WA 98406
Counsel for Debtors, David-John Rivera Arceo and Yvette Marie Colon-Areco
MOTION TO DISMISS
PAGE 2

SIXTH AVENUE LAW OFFICE
4003 SIXTH AVENUE
TACOMA, WASHINGTON 98406
(253) 759-8000