|  | The Honorable Mary Jo Heston |
|---|---|
|  | Chapter 7 |
|  | Hearing: September 23, 2023 |
|  | 9:00AM |
|  | Location:1717 Pacific Avenue US Courthouse |
|  | Tacoma, WA 98402 |
|  | Response Date: December 9, 2020 |

Julie Rho
Sixth Avenue Law Office
4003 Sixth Avenue
Tacoma, WA 98406
Phone: (253) 759-8000

# UNITED STATES BANKRUPTCY COURT
# FOR THE
# WESTERN DISTRICT OF WASHINGTON

| In re: | Case No.: 23-41197-MJH |
|---|---|
| DAVID-JOHN RIVERA ARCEO<br>YVETTE MARIE COLON-ARECO<br>Debtor. | NOTICE OF<br>MOTION TO DISMISS<br>BANKRUPTCY CASE |

Notice
PAGE 1

SIXTH AVENUE LAW OFFICE
4003 SIXTH AVENUE
TACOMA, WASHINGTON 98406
(253) 759-8000

**NOTICE:**

Notice is hereby given that on September 28, 2023 at 9:00 am before the Mary Jo Heston at the US Bankruptcy Court, Courtoom (H), 1717 Pacific Avenue, Tacoma, WA 98402, Debtors David-John Rivera Arceo and Yvette Marie Colon-Arceo, by and through their attorney of record will present its motion to dismiss bankruptcy case.

Any response must be filed and served by the response date of August 21, 2023. If no response is filed within the time allowed, the Court may in its discretion grant the motion prior to the hearing without further notice.

DATED this 23rd day of August, 2023.

Sixth Avenue Law Office

By: /s/ Julie Rho
Julie Rho, WSBA #36771
Sixth Avenue Law Office
4003 Sixth Avenue
Tacoma, WA 98406
Counsel for Debtors, David-John Rivera Arceo and Yvette Marie Colon-Areco

Notice
PAGE 2