Entered on Docket August 28, 2023

**Submitted But not Entered.**



_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

Response date has not passed. Order is premature. It appears that this should have been filed as a "proposed order," rather than uploaded for the Court's review. See Local Rules W.D. Wash. Bankr. 9013-1(d)(1)(D).

The Honorable Mary Jo Heston
Chapter 7
Hearing: September 28, 2023
Location:1717 Pacific Avenue
Tacoma, WA 98402
Response Date: September 21, 2023

Julie Rho
Sixth Avenue Law Office
4003 Sixth Avenue
Tacoma, WA 98406
Phone: (253) 759-8000

### UNITED STATES BANKRUPTCY COURT
### FOR THE
### WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No.: 23-41197-MJH |
| DAVID-JOHN RIVERA ARCEO<br>YVETTE MARIE COLON-ARCEO<br>Debtor. | ORDER DISMISSING BANKRUPTCY CASE |

ORDER
PAGE 1

SIXTH AVENUE LAW OFFICE
4003 SIXTH AVENUE
TACOMA, WASHINGTON 98406
(253) 759-8000

THIS MATTER having come duly and regularly upon the Debtors' Motion to Dismiss pursuant to 11 USC Section 707 and the Trustee having filed no objection and Creditors, having failed to appear and file any Answer to said Motion being in default herein; and the Court being otherwise fully advised in the premises, now therefore, it is hereby

ORDERED that the above captioned bankruptcy case is dismissed.

///End of Order///

Presented by:

/s/ Julie C. Rho
_____
Julie Rho, WSBA #36771
Sixth Avenue Law Office
4003 Sixth Avenue
Tacoma, WA 98406
Attorney for Debtors; David-John Rivera Arceo & Yvette Marie Colon-Arceo.

ORDER
PAGE 2

SIXTH AVENUE LAW OFFICE
4003 SIXTH AVENUE
TACOMA, WASHINGTON 98406
(253) 759-8000